CREIGHTON UNIVERSITY, APPELLEE, v. EDWARD C.
ERFLING ET AL., APPELLANTS.

FILED JANUARY 19, 1898. No. 7772.

Review: EVIDENCE. The record presents for consideration no disputed
question of law. Evidence examined, and *held* to sustain the de-
cree of the district court.

APPEAL from the district court of Douglas county.
Heard below before DUFFIE, J. *Affirmed.*

*Arthur C. Wakeley,* for appellants.

*Frank T. Ransom,* contra.

RAGAN, C:

Edward C. Erfling and others appeal from a decree
of the district court of Douglas county foreclosing an
ordinary real estate mortgage against their property.
The appeal is based upon the contention of the appel-
lants that they were not allowed by the district court
certain credits to which they claim they were entitled.
The record presents no disputed question of law. It
would subserve no useful purpose to even summarize the
evidence here. In our opinion the contentions of the
appellants are untenable. The evidence justifies the
decree of the district court and it is

AFFIRMED.